JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR VEGA DURAN,<br>Petitioner<br>v.<br>E. BORLA, Warden,<br>Respondent. | Case No. 5:24-cv-00179-JFW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: November 20, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE